IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

---

PAM BELL,

    Plaintiff,

v.                           Case No.: 3:22-cv-00190

GARDEN STATE DRUG STORE, LLC,

    Defendant.

---

### STIPULATION OF DISMISSAL

The parties state that this case has been settled and stipulate to the dismissal of the action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, costs taxed as paid.

Respectfully submitted this 28th day of October, 2022.

                              RESPECTFULLY SUBMITTED;

                              */s/ Rebecca J. Hutto*
                              REBECCA J. HUTTO #39252
                              Attorney for Plaintiff
                              208 Adams Avenue
                              Memphis, Tennessee 38103
                              (901) 523-1844 – phone
                              (901) 523-1857 – fax
                              rebecca@wcwslaw.com


                              /s/ *Mary Dee Allen*

Mary Dee Allen
Wimberly, Lawson, Seale, Wright & Daves
1420 Neal Street
Suite 201
Cookeville, TN 38501
931-372-9123
mallen@wimberlylawson.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 28th day of October, 2022, the foregoing document is being served this day on the individuals identified on the Service List via transmission of electronic mail.

*/s/ Rebecca J. Hutto*